DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIBSON,**
Appellant,

v.

**COUNTRYWIDE HOME LOANS SERVICING,
LP,** and **NRZ REO VI CORP,**
Appellees.

No. 4D18-352

[February 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2009-CA-013973-XXXX-MB.

Robert Gibson, West Palm Beach, pro se.

Tyler E. Mesmer of Topouzis & Associates, P.C., Aventura, for appellee NRZ REO VI Corp.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***